**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00724-CV

---

## IN THE MATTER OF THE MARRIAGE OF LAYNETTE MARIE JEFFCOAT AND PAUL MARK GRACE

---

**On Appeal from the 507th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-67981**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 14, 2017. On August 14, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.